## THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LAKEISHA JOHNSON,

      Plaintiff,                           CASE NO.

v.

ESM ENTERPRISE,

      Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, LAKEISHA JOHNSON ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, ESM ENTERPRISE, alleges and affirmatively states as follows:

## INTRODUCTION

1.     Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2.     Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3.     Because Defendant conducts business in the state of Florida, personal jurisdiction is established.

4.     Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5.     Plaintiff is a natural person who resides in the St. Petersburg, Pinellas County, Florida.

6.      Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7.      Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8.      Plaintiff is informed and believes, and thereon alleges, that Defendant is a national company with a business office in Pensacola, Florida.

9.      Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10.      Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, First USA Bank. (Defendant's File No. 157608-1).

11.      Plaintiff's alleged debt owed to First USA Bank arises from transactions for personal, family, and household purposes.

12.      On October 12, 2010, Defendant mailed Plaintiff a collection letter (Defendant's letter (redacted for privacy) to Plaintiff dated October 12, 2010, is attached as Exhibit A).

13.      Defendant's October 12, 2010, letter to Plaintiff is false and deceptive because the letter states that Plaintiff has thirty (30) days to make payment arrangement when Plaintiff has 30 days to dispute the validity of the alleged debt. (See Exhibit A).

14.      When Plaintiff received Defendant's letter (Exhibit A), which is printed on Defendant's firm's letterhead, Plaintiff believed that Plaintiff had to make payment arrangements within thirty (30) days.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT,
## (FDCPA), 15 U.S.C. § 1692 et seq.

15.     Defendant violated the FDCPA.  Defendant's violations include, but are not

limited to, the following:

   a.  Defendant violated *§1692e* of the FDCPA by using false, deceptive, and

   misleading representations in connection with the collection of any debt.

   b.  Defendant violated *§1692e(10)* of the FDCPA using false and deceptive

   means in an attempt to collect a debt.

**WHEREFORE,** Plaintiff respectfully prays that judgment be entered against Defendant

for the following:

   16. Statutory damages of $1000.00 pursuant to the Federal Act, 15 U.S.C. 1692k.

   17. Costs and reasonable attorney's fees pursuant to the Federal Act, 15 U.S.C. 1692k.

   18. Any other relief that this court deems to be just and proper.


                    RESPECTFULLY SUBMITTED,


            By:
                    James Pacitti
                    FBN: 119768
                    Attorney for Plaintiff
                    Krohn & Moss, Ltd
                    10474 Santa Monica Blvd., Suite 401
                    Los Angeles, CA 90025
                    Phone:  (323) 988-2400 x230
                    Fax:    (866) 802-0021
                    jpacitti@consumerlawcenter.com


## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, LAKEISHA JOHNSON, hereby demands trial

by jury in this action.


                    VERIFIED COMPLAINT                              3

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)

Plaintiff, LAKEISHA JOHNSON, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, LAKEISHA JOHNSON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 10/27/2010

LAKEISHA JOHNSON,
Plaintiff

VERIFIED COMPLAINT                                                5